AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| HANNA ANDERSSON, LLC, a Delaware limited liability company <br><br> *Plaintiff(s)* <br><br> v. <br><br> FORNIA APPAREL, INC., a California corporation; SCHEELS ALL SPORTS, INC., a North Dakota corporation <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-02406-AR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fornia Apparel, Inc.
c/o Hyun Joon Kim, its agent
1600 W 132nd Street
Gardena, CA 90249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia E. Markley, OSB No. 000791, JMarkley@perkinscoie.com, PERKINS COIE LLP, 1120 N.W. Couch Street, Tenth Floor, Portland, Oregon 97209-4128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **12/29/2025**

By: **s/G. Davis, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| HANNA ANDERSSON, LLC, a Delaware limited liability company <br><br> *Plaintiff(s)* <br><br> v. <br><br> FORNIA APPAREL, INC., a California corporation; SCHEELS ALL SPORTS, INC., a North Dakota corporation <br><br> *Defendant(s)* | Civil Action No.  3:25-cv-02406-AR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scheels All Sports, Inc.
c/o Cogency Global Inc., its commercial registered agent
120 W Sweet Avenue, Suite 9
Bismarck, ND  58504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia E. Markley, OSB No. 000791, JMarkley@perkinscoie.com, PERKINS COIE LLP,
1120 N.W. Couch Street, Tenth Floor, Portland, Oregon 97209-4128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, Clerk of Court

Date: 12/29/2025

By: s/G. Davis, Deputy Clerk